UNITED STATES, Appellee

v

TIMOTHY JOHNSON, Airman Second Class,
U. S. Air Force, Appellant

9 USCMA 150, 25 CMR 412

No. 11,170

Decided April 11, 1958

*Lieutenant Colonel Ellis L. Gottlieb* and *Major Dwight R. Rowland* were on the brief for Appellant, Accused.

*Lieutenant Colonel Robert W. Michels* and *Major Carl Goldschlager* were on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The accused challenges the sufficiency of the staff judge advocate's post-trial advice. In part, the staff judge advocate informed the convening authority that the "evidence is *sufficient* to support the findings and sentence with the exception of value." The advice has substantially the same defect we noted in United States v Romero, 8 USCMA 524, 25 CMR 28. Accordingly, the decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Air Force for reference to a competent convening authority for proceedings consistent with this opinion.

Judge FERGUSON concurs.

Judge LATIMER dissents.